# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RUBY HUNTER, | |
| Plaintiff, | Case No. 2:18-cv-00252-RFB-CWH |
| vs. | **ORDER** |
| NATIONAL RELOCATION SOLUTIONS, et al., | |
| Defendants. | |

This matter is before the court on plaintiff's failure to comply with the court's minute order (ECF No. 5) dated May 17, 2018. In that minute order, the court granted plaintiff's motion to extend time to serve and to serve by publication, but required plaintiff to provide a proposed written order for the court's consideration by May 24, 2018. (Min. Order (ECF No. 5).) To date, plaintiff has not filed a proposed order. Plaintiff must file a proposed order by August 1, 2018. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: July 18, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**