AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Ruby Hunter

          Plaintiff,

v.

National Relocation Solutions, et al.,

          Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00252-RFB-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default Judgment is entered against Defendants and the Plaintiff is Awarded $9,140.20 in damages, and $1,015.00 in costs for a total of $10,155.20. Judgment is entered for damages and costs jointly and severally against Defendants National Relocation Van Lines and National Relocation Solutions.

4/14/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk